HELEN S. FREDERICK *v.* ROBERT P. FREDERICK

The motion by the plaintiff to dismiss the appeal from the Superior Court in Hartford County is denied.

*Ryszard S. Mrotek,* for the appellee (plaintiff).

*John F. Walsh,* for the appellant (defendant).

Argued October 5—decided October 5, 1971

BOARD OF EDUCATION OF THE TOWN OF STRATFORD ET AL. *v.* ARTHUR C. DRITENBAS, JR., ET AL.

The motion by the plaintiffs dated June 17, 1971, to dismiss the appeal from the Superior Court in Fairfield County is denied.

The motion by the plaintiffs dated June 18, 1971, to dismiss the appeal from the Superior Court in Fairfield County is denied.

*Sturges N. Laros* and *Lawrence W. Kanaga,* for the appellees (plaintiffs).

*Edward F. Stodolink,* for the appellants (named defendant et al.).

*Robert M. Davidson* and *Samuel M. Chambliss,* for the appellants (intervening defendants—the electors and taxpayers of the town of Stratford).

Argued October 5—decided October 5, 1971

STRADMORE DEVELOPMENT CORPORATION ET AL. *v.* JAMES A. MANAFORT ET AL.

The motion by the plaintiffs to dismiss the appeal from the Court of Common Pleas in Hartford County is denied.